THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM S. FORD, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued December 15, 1924; decided January 27, 1925.)

APPEAL from a judgment of the Supreme Court, rendered May 28, 1924, at a Trial Term for the county of Kings upon a verdict convicting the defendant of the crime of murder in the first degree.

*Marshall Snyder* for appellant.

*Charles J. Dodd,* District Attorney (*Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: HISCOCK, Ch. J., and McLAUGHLIN, J.